UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/09/2026

RICHARD JOHNSON,

                Plaintiff,

    -v-

INTEL CORPORATION,

                Defendant.

------------------------------------------------------------------------X

25-cv-10193 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This order documents the rulings made at the initial pretrial conference on April 9, 2026.

Defendant's motion to dismiss at Dkt. No. 21 is denied as moot due to Plaintiff's filing of an Amended Compliant, Dkt. No. 23. Defendant shall file any motion to dismiss the Amended Complaint by May 4, 2026.

On agreement of the parties, discovery is stayed pending a ruling on the anticipated motion to dismiss.

The Clerk of Court is respectfully directed to close Dkt. No. 21.

SO ORDERED.

Dated: April 9, 2026
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge