UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RICHARD JOHNSON, etc. et al.

Plaintiff,

Docket No.: 1:25-CV-10193-LJL

-against-

**DECLARATION OF ROBERT
L. SCHONFELD**

INTEL CORPORATION,

Defendant.
-------------------------------------------------------------X

I, Robert L. Schonfeld, declare as follows:

1.   I am the Chief of the ADA Division of JOSEPH & NORINSBERG, LLC, counsel for Plaintiff, Richard Johnson, in this action.

2.   I make this declaration in opposition to Intel's motion to dismiss.

3.   On June 1, 2026, I attempted to follow through Intel's website to determine if the products Plaintiff sought to purchase can be purchased on that website, albeit from third-party vendors.

4.   With regard to the Core Ultra Processor Plaintiff sought to purchase, I was able to reach Intel's "Distributor Party Directory" through the following clicks:

    a.   Products

    b.   Intel Core Ultra Processors

    c.   Intel Core Ultra Partners

    d.   See all Intel Partners

    e.   Explore Distributor Directory

    f.   United States

5.   Using those clicks, I was able to reach the "Distributor Party Directory" for which

there were seven distributors listed:  Arrow Electronics, Inc; ASI Corporation: North America,

Avnet, Inc., D& H Distributing, Ingram Micro, Inc.: Mouser Electronics, and TD Synnex USA.

6.    A click of any of those companies led me to another screen where I could reach the

website of those companies to be able to purchase products.

7.    The "Distributor Party Director" obtainable on the Intel website and the process

for getting there is attached as  Exhibit A

8.    With regard to the Intel Arc B580 Graphics Card, I was able to reach websites that

sold Intel products through the following clicks:

a.    Intel ARC GPUs for Desktops

b.    Explore Desktop GPUs

9.    At the bottom of the "Explore Desktop GPU" page is a section labeled "Shop Intel

Arc Graphics for Desktops" which has links to Amazon, Micro Center and Newegg where Intel

Products may be purchased.    Those links and the process for getting there are attached as

Exhibit B.

10.    A New York sighted person was able to go on to the Newegg website from the link

in the Intel website and purchase the Graphics Card.  Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  New York, New York
        June 2, 2026

                                        */s/ Robert L. Schonfeld*
                                        Robert L. Schonfeld. Esq.