

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

June 24, 2026

**Via ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Johnson v. Intel Corporation
No. 1:25-cv-10193-LJL
**Correction of Citation**

Dear Judge Liman:

We write on behalf of Plaintiff to advise the Court of an inaccurate citation in our previously filed brief. Counsel for Defendant brought to our attention that the citation to *Mejia v. T-Mobile USA Inc.* on page 17 of our brief was inaccurate. We have confirmed that this is the case and apologize for the error.

Contemporaneously with this letter, we are filing a corrected copy of the brief in which the citation on page 17 has been replaced with the correct authority for the proposition stated therein: *Sullivan v. Bdg Media*, 71 Misc.3d 863, 870-71 (Sup. Ct. N.Y. Co. 2021).
We regret the error and thank defense counsel for bringing it to our attention.

Respectfully submitted,

*Robert Schonfeld*

Robert L. Schonfeld, Esq.

Cc: